NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES ANTHONY BROOKS, | No. 16-17257 |
| Plaintiff-Appellant, | D.C. No. 5:15-cv-05237-HRL |
| v. | |
| CHARLES EDWARDS BROOKS, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Howard R. Lloyd, Magistrate Judge, Presiding[**]

Submitted June 26, 2017[***]

Before:     PAEZ, BEA, and MURGUIA, Circuit Judges.

Charles Anthony Brooks appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action seeking the return of lottery tickets and

payment of alleged winnings.  We have jurisdiction under 28 U.S.C. § 1291.  We

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     Appellant consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review de novo a dismissal for failure to state a claim under 28 U.S.C. § 1915A. *Hamilton v. Brown*, 630 F.3d 889, 892 (9th Cir. 2011). We affirm.

The district court properly dismissed appellant's action because appellant failed to allege facts sufficient to show that he was "(1) depriv[ed] of a right secured by the Constitution and laws of the United States, and (2) that the deprivation was committed by a person acting under color of state law." *Chudacoff v. Univ. Med. Ctr. of S. Nev.*, 649 F.3d 1143, 1149 (9th Cir. 2011).

Because we affirm on the basis of failure to state a claim, we do not consider appellant's contentions regarding the district court's alternate basis for dismissal.

**AFFIRMED.**